7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* John Patrick Burke
*Debtor*

*Bankruptcy Case No.*
16–60031–abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
16–06016–abf

v.

**Yu–Hsnin Hsien**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy in accordance with the Agreed Judgment (Doc. #8), entered by the court on 6/13/2016.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 6/13/16

Court to serve